

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | **4:07CR 590** |
| | ) | |
| v. | ) | |
| | ) CR. NO. | _____ |
| BETTY A. ILLIG, | ) | Title 29, Sections 439(b) and |
| | ) | 501(c), United States Code |
| Defendant. | ) | **JUDGE O'MALLEY** |

COUNT 1

The Grand Jury charges:

1. That all times hereinafter mentioned and within the meaning of Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 402(i) and 402(j), hereinafter referred to as the Act:

(a) Graphic Communications Workers International Union, Local 638-S and the Tri-State District Joint Council, hereinafter referred to as the Labor Organizations, were labor organizations representing employees in an industry affecting commerce and had conducted and conducts its operations in East Liverpool, Ohio, and maintained an office in East

2

Liverpool, Ohio.

(b) At all times relevant herein, the defendant, BETTY A. ILLIG, was the Secretary-Treasurer of the Labor Organizations and as such was an officer of a labor organization within the meaning of Section 3(n) of the Act [29 U.S.C. § 402(n)].

2. That from on or about January 4, 2000, through on or about May 8, 2004, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, BETTY A. ILLIG, did unlawfully and willfully embezzle, steal, and abstract and convert to her own use, and the use of others, approximately one hundred forty-five thousand six hundred seventy-five dollars ($145,675), which monies and funds belong to said Labor Organizations.

All in violation of said Act, Title 29, Section 501(c), United States Code.

## COUNT 2

The Grand Jury further charges:

1. Paragraphs 1 and 2 of Count 1 are incorporated as if fully realleged herein.

2. From on or about January 4, 2000, through on or about May 8, 2004, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, BETTY A. ILLIG, did make and cause to be made false statements and representations of material facts knowing them to be false and knowingly failed to disclose material facts in reports and documents required to be filed by the Labor Organizations with the Secretary of Labor pursuant to Section 431(b) of Title 29, United States Code, that is, the annual financial reports of the Labor Organizations (known as LM-3s) failed to report that the defendant, BETTY A. ILLIG, received diverted funds, under reported the amount of money that the defendant, BETTY A. ILLIG, received as Secretary-Treasurer of the Labor Organizations, and falsely represented that

3

the President of the Labor Organizations had approved the payments when in fact she had not.

All in violation of Title 29, United States Code, Section 439(b).

A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.